Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff Shaji Nelson*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAJI NELSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARAVAI LIFESCIENCES HOLDINGS, INC., WILLIAM E. MARTIN, III, and KEVIN HERDE,<br><br>Defendants. | Case No. 3:25-cv-00499-AGS-AHG<br><br>**NOTICE OF MOTION AND MOTION OF SHAJI NELSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Judge:  Andrew G. Schopler<br>Date:   June 6, 2025<br>Time:   10:00am<br>Crtrm.: 5C |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Shaji Nelson ("Nelson"), hereby sets a hearing date of June 6, 2025 at 10:00 a.m. before the Honorable Andrew G. Schopler, in Courtroom 5C, 5th Floor, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, for his motion for entry of an Order: (1) appointing Nelson as Lead Plaintiff pursuant to the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving Nelson's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class; and (3) granting such other relief as the Court may deem to be just and proper (the "Motion").

Nelson seeks appointment as lead plaintiff, and approval of his choice of counsel pursuant to the Exchange Act, the Securities Act, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Charles H. Linehan, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

## COMPLIANCE WITH CIVIL CHAMBER RULE 5

This Motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). Consequently, counsel for Nelson have no way of knowing with certainty who, if anyone, the competing lead plaintiff candidates will be at this time. As a result, counsel for Nelson is unable to conference with opposing counsel as prescribed by the Court's Chamber Rule 5, and therefore respectfully request that the conference requirement be waived for this motion. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II) of the

Exchange Act, Defendants do not have standing to oppose the appointment of Nelson as lead plaintiff. *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d 1129, 1138 (C.D. Cal. 1999).

DATED:  May 5, 2025                    Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By:   */s/ Charles H. Linehan*
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: prajesh@glancylaw.com

*Counsel for Plaintiff and Lead Plaintiff Movant Shaji Nelson*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*