# EXHIBIT B

**Company Name:** Maravai LifeSciences Holdings, Inc.
**Ticker:** MRVI
**Class Period:** August 7, 2024 to February 24, 2025
**Name:** Shaji Nelson

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/10/2025 | 1,000 | $4.8700 | -$4,870.0000 | | $0.0000 | -$4,870.00 |
| 1/11/2025 | -1,000 | | $0.0000 | $4.8700 | $4,870.0000 | $4,870.00 |
| 1/29/2025 | 1,000 | $5.5900 | -$5,590.0000 | | $0.0000 | -$5,590.00 |
| 1/29/2025 | 1,000 | $5.5686 | -$5,568.6000 | | $0.0000 | -$5,568.60 |
| 1/29/2025 | -1,000 | | $0.0000 | $5.7200 | $5,720.0000 | $5,720.00 |
| 1/30/2025 | 2,000 | $4.9694 | -$9,938.8000 | | $0.0000 | -$9,938.80 |
| 1/30/2025 | 1,410 | $4.9794 | -$7,020.9540 | | $0.0000 | -$7,020.95 |
| 2/14/2025 | 3,000 | $4.0670 | -$12,200.9400 | | $0.0000 | -$12,200.94 |
| 2/14/2025 | 910 | $4.0892 | -$3,721.1720 | | $0.0000 | -$3,721.17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **8,320** | | | | **Subtotal:** | **-$38,320.47** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $19,245.20 |
| | | | $2.3131 | 8,320 | **Total:** | **-$19,075.27** |

Notes
The 90-Day Average Price used in this loss chart is the average closing price between February 25, 2025 and May 2, 2025.