Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff
Deven Thakrar*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAJI NELSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARAVAI LIFESCIENCES HOLDINGS, INC., WILLIAM E. MARTIN, III, and KEVIN HEARDE,<br><br>Defendants. | No. 3:25-cv-00499-AGS-AHG<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION TO APPOINT DEVEN THAKRAR AS LEAD PLAINTIFF, AND APPROVE SELECTION OF COUNSEL**<br><br>DATE: June 6, 2025<br>TIME: 10:00 a.m.<br>COURTROOM: 5C<br>JUDGE: Andrew G. Schopler |

**TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995, codified as Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3) (2013), and/or Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), Deven Thakrar ("Movant") will and hereby does move the Honorable Andrew G. Schopler, on or about June 6, 2025, at the United States District Court, Southern District of California, located at Courtroom 5C, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, for an order (1) appointing him as lead plaintiff in the above-referenced action, (2) approving his selection of Hagens Berman Sobol Shapiro LLP as lead counsel; and (3) granting any such further relief as the Court may deem just and proper.[1]

This motion is based on this notice of motion and motion, the memorandum of law in support thereof, the declaration of Lucas E. Gilmore in support of this motion, the pleadings and records on file in this action, and any other written or oral argument or other matter that may be presented to the Court and that the Court may consider in deciding this motion.

Movant makes this motion on the belief that Movant is the most "adequate plaintiff" as defined in the PSLRA because:

1.     Movant has the largest known financial interest in the relief sought by the Class. Movant has incurred substantial losses as a result of his purchase and/or acquisition of shares of Maravai securities;

2.     Movant has timely filed this motion pursuant to the PSLRA; and

---

[1] Chambers Rules require a conference of counsel prior to filing noticed motions. Pursuant to the PSLRA, however, if any class member desires to be appointed lead plaintiff, the class member must file a motion within a certain period of time. U.S.C. § 78u-4(a)(3). Thus, Movant is presently unaware of the other entities or persons who plan to move for appointment as lead plaintiff and will not know their identities until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement be waived.

NOT. OF MOT. TO APPT. DEVEN THAKRAR AS LEAD PL. & APPROVE SELEC. OF COUNSEL - 1
Case No. 3:25-cv-00499-AGS-AHG

3.    Movant meets the requirements of the PSLRA and Federal Rule of Civil Procedure 23 in that his claims are typical of the claims of the class and he will fairly and adequately represent the interests of the class.

Accordingly, under the PSLRA, Movant is presumptively the most adequate plaintiff and should be appointed as lead plaintiff to pursue this class action against Defendants.

If Movant is appointed as lead plaintiff, pursuant to the PSLRA, he respectfully requests that the Court appoint his selection of lead counsel. Movant has selected lead counsel with extensive experience in securities fraud and other class action litigation.

WHEREFORE, Movant respectfully requests that the Court: (1) appoint Movant as the Lead Plaintiff in the above-captioned case and any others the Court may deem related pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); (2) approve Movant's selection of Hagens Berman as Lead Counsel for the class; and (3) grant such other and further relief as the Court may deem just and proper.

DATED: May 5, 2025                Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

s/ Lucas E. Gilmore
    LUCAS E. GILMORE
Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff Deven Thakrar*