Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*Deven Thakrar*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAJI NELSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARAVAI LIFESCIENCES HOLDINGS, INC., WILLIAM E. MARTIN, III, and KEVIN HEARDE,<br><br>Defendants. | No. 3:25-cv-00499-AGS-AHG<br><br>CLASS ACTION<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION TO APPOINT DEVEN THAKRAR AS LEAD PLAINTIFF, AND APPROVE SELECTION OF COUNSEL**<br><br>DATE: June 6, 2025<br>TIME: 10:00 a.m.<br>COURTROOM: 5C<br>JUDGE: Andrew G. Schopler |

I, Lucas E. Gilmore, declare as follows:

I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Deven Thakrar ("Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's motion: (1) appointing Movant as Lead Plaintiff in the above-captioned case and any others the Court may deem related pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); (2) approving Movant's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the Class; and (3) for any such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through D are true and correct copies of the following documents:

Exhibit A:   Notice of Pendency published on March 4, 2025;

Exhibit B:   Movant's Certification;

Exhibit C:   Movant's Loss Calculation; and

Exhibit D:   The firm résumé of Hagens Berman Sobol Shapiro LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of May, 2025 in San Diego, California.

/s/ *Lucas E. Gilmore*
LUCAS E. GILMORE

DECL. ISO MOT. TO APPT. DEVEN THAKRAR AS LEAD PL. & APPROVE SELEC. OF COUNSEL - 1
Case No. 3:25-cv-00499-AGS-AHG

**TABLE OF CONTENTS OF EXHIBITS TO THE DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION TO APPOINT DEVEN THAKRAR AS LEAD PLAINTIFF, AND APPROVE SELECTION OF COUNSEL**

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| A | Notice of Pendency published on March 4, 2025 | 1-7 |
| B | Movant's Certification | 8-10 |
| C | Movant's Loss Calculation | 11-12 |
| D | The firm résumé of Hagens Berman Sobol Shapiro LLP | 13-99 |