# Exhibit A

Mar 4, 2025 1:23 PM Eastern Standard Time

# MRVI Class Action Notice: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit on Behalf of Maravai LifeSciences Holdings, Inc. Investors

Share

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Southern District of California, captioned *Nelson v. Maravai LifeSciences Holdings, Inc., et al.,* Case No. 25-cv-00499, on behalf of persons and entities that purchased or otherwise acquired Maravai LifeSciences Holdings, Inc. ("Maravai" or the "Company") (NASDAQ: MRVI) securities between **August 7, 2024 and February 24, 2025**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

IF YOU SUFFERED A LOSS ON YOUR MARAVAI INVESTMENTS, CLICK HERE TO INQUIRE ABOUT POTENTIALLY PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.

**What Happened?**

On February 25, 2025, before the market opened, Maravai announced it was postponing its fiscal 2024 earnings release and would delay filing its annual report on Form 10-K for the fiscal year ended December 31, 2024. The Company had identified an error in revenue recognition that "resulted in approximately $3.9 million in revenue being recorded in the final week of the second quarter of 2024 upon shipment when it should have been recorded in the first week of the third

quarter of 2024 upon receipt by the customer." The Company had identified "a material weakness in its internal controls over revenue recognition." Maravai also required additional time to "complete its assessment of a potential non-cash impairment charge related to goodwill associated with its previous acquisition of Alphazyme LLC."

On this news, the Company's share price fell $0.87, or 21.70%, to close at $3.14 per share on February 25, 2025, on unusually heavy trading volume.

**What Is The Lawsuit About?**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) Maravai lacked adequate internal controls over financial reporting related to revenue recognition; (2) as a result, the Company inaccurately recognized revenue on certain transactions during fiscal 2024; (3) its goodwill was overstated; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or otherwise acquired Maravai securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff.

**Contact Us To Participate or Learn More:**

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:
Charles Linehan, Esq.,
Glancy Prongay & Murray LLP,
1925 Century Park East, Suite 2100,
Los Angeles California 90067
Email: shareholders@glancylaw.com
Telephone: 310-201-9150,
Toll-Free: 888-773-9224
Visit our website at www.glancylaw.com.
Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

**Industry:**          Class Action Lawsuit    Professional Services    Legal



**Glancy Prongay & Murray LLP**

⤴ NASDAQ:MRVI

**RELEASE VERSIONS**

English

Exhibit A
Page 4

**CONTACTS**

Glancy Prongay & Murray LLP

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

# More News From Glancy Prongay & Murray LLP

🔊 Get RSS Feed

### Securities Fraud Investigation Into SelectQuote, Inc. (SLQT) Announced – Investors Who Lost Money Urged to Contact Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP, a leading national shareholder rights law firm, today announced that it has commenced an investigation on behalf of SelectQuote, Inc. ("SelectQuote" or the "Company") (NYSE: SLQT) investors concerning the...

### Deadline Alert: Open Lending Corporation (LPRO) Investors Who Lost Money Urged to Contact Glancy Prongay & Murray LLP About Securities Fraud Lawsuit

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP reminds investors of the upcoming June 30, 2025 deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Open Lending Corporation ("Open...

### Securities Fraud Investigation Into Kohl's Corporation (KSS) Announced – Investors Who Lost Money Urged To Contact Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP, a leading national shareholder rights law firm, today announced that it has commenced an investigation on behalf of Kohl's Corporation ("Kohl's" or the "Company") (NYSE: KSS) investors concerning the...

Back to Newsroom   →

# Wish your news had this kind of reach?

Sign Up                    →

Learn About Business Wire      →



**Company**

About Business Wire

Careers

Media Center

**Services**

News Release Distribution

News Release Optimization

Investor Communications

Reporting & Analytics

## Solutions

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

## Newsroom

Industries

Subjects

Languages

## Resources

## Blog

## For Journalists

## Sign Up



© 2025 Business Wire, Inc.

Privacy Policy     Cookie Policy     Copyright     Accessibility Statement     Terms of Use

