# Exhibit C

Exhibit C
Page 11

**Loss Analysis for Deven Thakrar - Maravai LifeSciences Holdings, Inc. (MRVI)**
**Class Period 08/07/24 - 02/24/25**



| | **PURCHASES** | | | | | **SALES** | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | | |
| **Class Period** | 02/06/25 | 6,330 | $4.8800 | $30,890.34 | | | | | |
| **Purchases** | 02/10/25 | 1,267 | $4.2885 | $5,433.53 | | | | | |
| | 02/10/25 | 6,772 | $4.5400 | $30,744.82 | | | | | |
| **Post Class** | | | | | **Post Class** | | | | |
| **Purchases** | | | | | **Sales** | | | | |
| | | | | | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Total Shares Acquired in CP** | 14,369 | **Total Amt. Paid in CP** | $67,068.68 | **Total Shares Sold in CP** | 0 |
| | | | | **Post CP Shares Sold** | 0 |
| | | | | **Total Shares Sold to Current** | 0 |

| | | | |
| --- | --- | --- | --- |
| **Total Amt. Sold in CP** | $0.00 | | |
| **Post CP Amount Sold** | $0.00 | | |
| **Total Amt. Sold to Current** | $0.00 | ALTERNATIVE | |

**Actual Net Shares Acquired in CP** 14,369 (CP Retained Shares)

**Net Amount Paid in CP** $67,068.68
**Net Amount Paid in CP Minus Sold to Current Date** $67,068.68 ALTERNATIVE

**Calculation Using 90-Day Lookback**
**Net Shares Acquired in CP (CP Retained Shares)** 14,369 Automatically 0 if Negative
**Net Shares Acquired During Class Period Held to Current Date** 14,369 Automatically 0 if Negative (ALTERNATIVE)

**90-Day Mean Share Price after last Day of CP** $2.76

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** $39,628.79
**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** $39,628.79 ALTERNATIVE
**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** $27,439.89 ALTERNATIVE

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** $27,439.89
**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** $27,439.89 ALTERNATIVE

Exhibit C
Page 12