Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo CA 94402
(650) 781-0025
jake@blockleviton.com

*Counsel for Erwin Ortiz and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SHAJI NELSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARAVAI LIFESCIENCES HOLDINGS INC., WILLIAM E. MARTIN, III, and KEVIN HERDE,<br><br>Defendants. | Case No. 3:25-cv-00499-AGS-AHG<br><br>**NOTICE OF MOTION AND MOTION OF ERWIN ORTIZ FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>JUDGE: Hon. Andrew G. Schopler<br>DATE: June 6, 2025<br>TIME: 10:00 a.m.<br>COURTROOM: 5C |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 6, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard by the Honorable Andrew G. Schopler, in Courtroom 5C (5th Floor Schwartz), located at 221 West Broadway, San Diego, California 92101, putative class member Erwin Ortiz ("Mr. Ortiz") by and through his undersigned counsel, will and hereby does move this Court for the entry of an order: (1) appointing Mr. Ortiz as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B); (2) approving Mr. Ortiz's selection of Block & Leviton LLP as Lead Counsel for the putative class; and (3) granting any further relief as the Court deems just and proper.

This Motion is made on the grounds that Mr. Ortiz is the "most adequate plaintiff" pursuant to the PSLRA. In support of this Motion, Mr. Ortiz submits herewith the Memorandum of Points and Authorities in Support Thereof, the Declaration of Jacob A. Walker ("Walker Decl."), all exhibits thereto, and such other written or oral argument as may be permitted by the Court.

DATED: May 5th, 2025                    Respectfully submitted,

                                        */s/ Jacob A. Walker*
                                        Jacob A. Walker (SBN 271217)
                                        Jeffrey C. Block (*pro hac vice* application forthcoming)
                                        **BLOCK & LEVITON LLP**
                                        260 Franklin Street, Suite 1860
                                        Boston, MA 02110
                                        (617) 398-5600  phone
                                        (617) 507-6020  fax
                                        jake@blockleviton.com
                                        jeff@blockleviton.com

                                        *Counsel for Erwin Ortiz and Proposed Lead Counsel for the Class*

1                                                       25cv00499