Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo CA 94402
(650) 781-0025
jake@blockleviton.com

*Counsel for Erwin Ortiz and*
*Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAJI NELSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARAVAI LIFESCIENCES HOLDINGS INC., WILLIAM E. MARTIN, III, and KEVIN HERDE,<br><br>Defendants. | Case No. 3:25-cv-00499-AGS-AHG<br><br>**DECLARATION OF JACOB A. WALKER IN SUPPORT OF ERWIN ORTIZ'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>JUDGE: Hon. Andrew G. Schopler<br>DATE: June 6, 2025<br>TIME: 10:00 a.m.<br>COURTROOM: 5C |

I, Jacob A. Walker, declare as follows:

1.    I am an attorney licensed to practice before all the courts of the State of California, and this Court. I am a partner at Block & Leviton LLP, proposed lead counsel for proposed lead plaintiff Erwin Ortiz in the above-captioned action. I make this Declaration in support of Erwin Ortiz's Motion for Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

i. **Exhibit A**: the March 4, 2025 press release issued by Glancy Prongay & Murray LLP announcing the filing of the action against the above-referenced defendants, announcing a class period of August 7, 2024 and February 24, 2025, and noticing that the filing date for appointment as Lead Plaintiff is May 5, 2025;

ii. **Exhibit B**: Erwin Ortiz's PSLRA Certification;

iii. **Exhibit C**: Erwin Ortiz's Loss Chart (prepared by counsel);

iv. **Exhibit D**: Erwin Ortiz's Declaration in Support of Motion for Appointment as Lead Plaintiff;

v. **Exhibit E:** Block & Leviton LLP's firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 5, 2025, in Boston, Massachusetts.

> */s/ Jacob A. Walker*
> Jacob A. Walker (SBN 271217)
> **BLOCK & LEVITON LLP**
> 260 Franklin St., Suite 1860
> Boston, MA 02110

Tel.: (617) 398-5600
Fax: (617) 507-6020
jake@blockleviton.com

*Counsel to Movant Erwin Ortiz and Proposed Lead Counsel*