# Exhibit B

**Certification Pursuant to Federal Securities Laws**

1. I, Erwin Ortiz, make this declaration pursuant to Section 27(a)(2) of the Securities act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Maravai LifeSciences Holdings, Inc. ("Maravai" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3. I did not transact in Maravai LifeSciences Holdings, Inc. securities at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

4. I am willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired: Maravai LifeSciences Holdings, Inc. securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. Attached hereto as Schedule A is a list of all of my transactions in Maravai LifeSciences Holdings, Inc. securities during the Class Period, as specified in the Complaint.

6. During the past three years, I have not sought to serve as a representative party on behalf of a class under federal securities laws.

7. I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: ___04/02/2025___

_Erwin Ortiz_ (signature)

Erwin Ortiz

**Schedule A**

Erwin Ortiz's Transactions in Maravai LifeSciences Holdings, Inc. (MRVI):

| Type of Security | Date | Transaction | Quantity of Shares | Price per Share |
|---|---|---|---|---|
| Common Stock | 9/18/2024 | Buy | 15,000 | $9.25 |
| Common Stock | 11/8/2024 | Buy | 29,800 | $5.00 |