# Exhibit C

# Maravai LifeSciences Holdings, Inc. - Loss Estimate
## Erwin Ortiz

| Date | Transaction | Shares | | Price Per Share | | Total Expenditure |
|------|------------|--------|---|---------------|---|-------------------|
| 9/18/24 | Buy | 15000 | $ | 9.25 | $ | 138,750.00 |
| 11/8/24 | Buy | 29800 | $ | 5.00 | $ | 149,000.00 |
| **Total** | | **44800** | **$** | **6.42** | **$** | **287,750.00** |
| | | | | | | |
| 90-Day Lookback Value | | 44800 | $ | 2.31 | $ | 103,488.00 |
| **Estimated Losses** | | | | | **$** | **(184,262.00)** |