**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

*Attorneys for Robert F. Bouscher*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAJI NELSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARAVAI LIFESCIENCES HOLDINGS, INC., WILLIAM E. MARTIN, III, and KEVIN HERDE,<br><br>Defendants. | No.: 3:25-cv-00499-AGS-AHG<br><br>**DECLARATION OF ADAM M. APTON IN SUPPORT OF ROBERT F. BOUSCHER'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. Andrew G. Schopler<br>Date: June 6, 2025<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

I, ADAM M. APTON hereby declare that:

1. I am a member in good standing of the Bar of this Court, and a partner in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Movant Robert F. Bouscher ("Movant"), and proposed Lead Counsel for the class.

2. I make this Declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Movant.

4. Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing the losses sustained by Movant.

5. Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the above-captioned action, which was published on March 4, 2025.

6. Attached hereto as **Exhibit D** is a true and correct copy of the Declaration signed by Movant in support of his motion.

7. Attached hereto as **Exhibit E** is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under the penalty of perjury of the laws of the United States of America and the state of California that the foregoing is true to the best of my knowledge.

Dated: May 5, 2025                    */s/ Adam M. Apton*
                                       Adam M. Apton

DECLARATION OF ADAM M. APTON
Case No. 3:25-cv-00499-AGS-AHG
2

**<u>CERTIFICATE OF SERVICE</u>**

I, Adam M. Apton, hereby declare under penalty of perjury of the laws of the United States of America and the State of California as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On May 5, 2025, I electronically filed the following **DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF ROBERT F. BOUSCHER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on May 5, 2025.

/s/ Adam M. Apton
Adam M. Apton