# EXHIBIT B

| Client Name | Robert F. Bouscher |
|---|---|
| Company Name | Maravai LifeSciences Holdings, Inc. |
| Ticker Symbol | MRVI |
| Security Type | |
| Class Period Start | 08-07-2024 |
| Class Period End | 02-24-2025 |
| 90-DAY Lookback Period Start | 02-25-2025 |
| 90-DAY Lookback Period End | 05-04-2025 |
| 90-DAY Lookback Average | $ 02.31 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $18,316.28 |
| DURA LIFO* Total | $8,863.78 |
| Gross Shares Purchased | 7,060 |
| Net Shares Retained | 0 |
| Net Funds Expended | $7,025.42 |

**Robert F. Bouscher - Account 1**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-07-2024 | 400 | 9.1 | $ 3,640.00 | 12-23-2024 | 400 | | $ 05.18 | $ 2,072.00 | - | - | - | $ 02.31 | | $ 1,568.00 | |
| 08-07-2024 | 250 | 9.25 | $ 2,312.50 | 12-23-2024 | 250 | | $ 05.18 | $ 1,295.00 | - | - | - | $ 02.31 | | $ 1,017.50 | |
| 08-07-2024 | 250 | 9.25 | $ 2,312.50 | 12-23-2024 | 250 | | $ 05.18 | $ 1,295.00 | - | - | - | $ 02.31 | | $ 1,017.50 | |
| 08-07-2024 | 500 | 9.25 | $ 4,625.00 | 12-23-2024 | 500 | | $ 05.18 | $ 2,590.00 | - | - | - | $ 02.31 | | $ 2,035.00 | |
| 08-07-2024 | 600 | 9.09 | $ 5,454.00 | 12-23-2024 | 600 | | $ 05.18 | $ 3,108.00 | - | - | - | $ 02.31 | | $ 2,346.00 | |
| 08-08-2024 | 240 | 7.85 | $ 1,884.00 | 09-16-2024 | 240 | | $ 08.99 | $ 2,157.60 | - | - | - | $ 02.31 | | -$ 273.60 | -$ 273.60 |
| 08-08-2024 | 100 | 7.85 | $ 785.00 | 09-16-2024 | 100 | | $ 08.99 | $ 899.00 | - | - | - | $ 02.31 | | -$ 114.00 | -$ 114.00 |
| 08-08-2024 | 100 | 7.85 | $ 785.00 | 09-16-2024 | 100 | | $ 08.99 | $ 899.00 | - | - | - | $ 02.31 | | -$ 114.00 | -$ 114.00 |
| 08-08-2024 | 60 | 7.85 | $ 471.00 | 09-16-2024 | 60 | | $ 08.85 | $ 531.00 | - | - | - | $ 02.31 | | -$ 60.00 | -$ 60.00 |
| 08-08-2024 | 500 | 7.85 | $ 3,925.00 | 12-23-2024 | 500 | | $ 05.18 | $ 2,590.00 | - | - | - | $ 02.31 | | $ 1,335.00 | |
| 09-04-2024 | 60 | 8.33 | $ 499.80 | 09-16-2024 | 60 | | $ 08.99 | $ 539.40 | - | - | - | $ 02.31 | | -$ 39.60 | -$ 39.60 |
| 11-07-2024 | 50 | 7.85 | $ 392.50 | 12-23-2024 | 50 | | $ 05.18 | $ 259.00 | - | - | - | $ 02.31 | | $ 133.50 | |
| 02-07-2025 | 200 | 4.59 | $ 918.00 | | | | | | - | 200 | 200 | $ 02.31 | $ 462.58 | $ 455.42 | $ 455.42 |
| 02-07-2025 | 800 | 4.59 | $ 3,672.00 | | | | | | - | 800 | 800 | $ 02.31 | $ 1,850.33 | $ 1,821.67 | $ 1,821.67 |
| 02-07-2025 | 900 | 4.68 | $ 4,212.00 | | | | | | - | 900 | 900 | $ 02.31 | $ 2,081.63 | $ 2,130.37 | $ 2,130.37 |
| 02-07-2025 | 2050 | 4.78 | $ 9,799.00 | | | | | | - | 2050 | 2050 | $ 02.31 | $ 4,741.48 | $ 5,057.52 | $ 5,057.52 |
| Matched against pre class period holdings | | | | 12-23-2024 | 950 | | $ 05.18 | $ 4,921.00 | - | - | - | $ 02.31 | | | |
| Matched against pre class period holdings | | | | 12-23-2024 | 724 | | $ 05.15 | $ 3,728.60 | - | - | - | $ 02.31 | | | |
| Matched against pre class period holdings | | | | 12-23-2024 | 600 | | $ 05.16 | $ 3,096.00 | - | - | - | $ 02.31 | | | |
| Matched against pre class period holdings | | | | 12-23-2024 | 348 | | $ 05.18 | $ 1,802.64 | - | - | - | $ 02.31 | | | |
| Matched against pre class period holdings | | | | 12-23-2024 | 200 | | $ 05.18 | $ 1,036.00 | - | - | - | $ 02.31 | | | |
| Matched against pre class period holdings | | | | 12-23-2024 | 200 | | $ 05.18 | $ 1,036.00 | - | - | - | $ 02.31 | | | |
| Matched against pre class period holdings | | | | 12-23-2024 | 182 | | $ 05.18 | $ 942.76 | - | - | - | $ 02.31 | | | |
| Matched against pre class period holdings | | | | 12-23-2024 | 100 | | $ 05.18 | $ 518.00 | - | - | - | $ 02.31 | | | |
| Matched against pre class period holdings | | | | 12-23-2024 | 100 | | $ 05.18 | $ 518.00 | - | - | - | $ 02.31 | | | |
| Matched against pre class period holdings | | | | 12-23-2024 | 100 | | $ 05.18 | $ 518.00 | - | - | - | $ 02.31 | | | |
| Matched against pre class period holdings | | | | 12-23-2024 | 94 | | $ 05.18 | $ 486.92 | - | - | - | $ 02.31 | | | |
| Matched against pre class period holdings | | | | 12-23-2024 | 93 | | $ 05.18 | $ 481.74 | - | - | - | $ 02.31 | | | |
| Matched against pre class period holdings | | | | 12-23-2024 | 78 | | $ 05.18 | $ 404.04 | - | - | - | $ 02.31 | | | |
| Matched against pre class period holdings | | | | 12-23-2024 | 64 | | $ 05.18 | $ 331.52 | - | - | - | $ 02.31 | | | |
| Matched against pre class period holdings | | | | 12-23-2024 | 36 | | $ 05.18 | $ 186.48 | - | - | - | $ 02.31 | | | |
| Matched against pre class period holdings | | | | 12-23-2024 | 36 | | $ 05.18 | $ 186.48 | - | - | - | $ 02.31 | | | |
| Matched against pre class period holdings | | | | 12-23-2024 | 20 | | $ 05.16 | $ 103.20 | - | - | - | $ 02.31 | | | |
| Matched against pre class period holdings | | | | 12-23-2024 | 13 | | $ 05.18 | $ 67.34 | - | - | - | $ 02.31 | | | |
| Matched against pre class period holdings | | | | 12-23-2024 | 10 | | $ 05.18 | $ 51.80 | - | - | - | $ 02.31 | | | |
| Matched against pre class period holdings | | | | 12-23-2024 | 2 | | $ 05.18 | $ 10.36 | - | - | - | $ 02.31 | | | |
| **Total:** | **7,060** | | **$45,687.30** | | **7,060** | | | **$38,661.88** | | **3,950** | **3,950** | | **$ 9,136.02** | **$18,316.28** | **$8,863.78** |

| Client Name | Robert F. Bouscher |
|---|---|
| Company Name | Maravai LifeSciences Holdings, Inc. |
| Ticker Symbol | MRVI |
| Security Type | |
| Class Period Start | 08-07-2024 |
| Class Period End | 02-24-2025 |
| 90-DAY Lookback Period Start | 02-25-2025 |
| 90-DAY Lookback Period End | 05-04-2025 |
| 90-DAY Lookback Average | $ 02.31 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $14,714.71 |
| DURA LIFO* Total | $14,634.71 |
| Gross Shares Purchased | 12,125 |
| Net Shares Retained | 4,900 |
| Net Funds Expended | $26,048.00 |

**Robert F. Bouscher - Account 2**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 10-22-2024 | 689 | 7.87 | $ 5,422.43 | 11-04-2024 | 689 | | $ 07.83 | $ 5,394.87 | - | - | - | $ 02.31 | | $ 27.56 | |
| 10-22-2024 | 1311 | 7.87 | $ 10,317.57 | 11-04-2024 | 1311 | | $ 07.83 | $ 10,265.13 | - | - | - | $ 02.31 | | $ 52.44 | |
| 10-23-2024 | 100 | 7.48 | $ 748.00 | 10-31-2024 | 100 | | $ 07.80 | $ 780.00 | - | - | - | $ 02.31 | | -$ 32.00 | -$ 32.00 |
| 10-23-2024 | 100 | 7.48 | $ 748.00 | 10-31-2024 | 100 | | $ 07.80 | $ 780.00 | - | - | - | $ 02.31 | | -$ 32.00 | -$ 32.00 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | | Shares | Shares | Price | Value | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-23-2024 | 800 | 7.47 | $ 5,976.00 | 10-31-2024 | 800 | $ 07.80 | $ 6,240.00 | - | | | $ 02.31 | | -$ 264.00 | -$ 264.00 |
| 10-23-2024 | 1000 | 7.4 | $ 7,400.00 | 10-31-2024 | 1000 | $ 07.80 | $ 7,800.00 | - | - | - | $ 02.31 | | -$ 400.00 | -$ 400.00 |
| 10-24-2024 | 225 | 7.28 | $ 1,638.00 | 10-31-2024 | 225 | $ 07.80 | $ 1,755.00 | - | - | - | $ 02.31 | | -$ 117.00 | -$ 117.00 |
| 11-07-2024 | 284 | 7.88 | $ 2,237.92 | | | | | - | 284 | 284 | $ 02.31 | $ 656.87 | $ 1,581.05 | $ 1,581.05 |
| 11-07-2024 | 1716 | 7.88 | $ 13,522.08 | | | | | - | 1716 | 1716 | $ 02.31 | $ 3,968.97 | $ 9,553.11 | $ 9,553.11 |
| 11-08-2024 | 3000 | 4.88 | $ 14,640.00 | 12-10-2024 | 3000 | $ 06.03 | $ 18,090.00 | - | - | - | $ 02.31 | | -$ 3,450.00 | -$ 3,450.00 |
| 01-10-2025 | 1000 | 4.86 | $ 4,860.00 | | | | | - | 1000 | 1000 | $ 02.31 | $ 2,312.92 | $ 2,547.08 | $ 2,547.08 |
| 01-10-2025 | 1000 | 4.86 | $ 4,860.00 | | | | | - | 1000 | 1000 | $ 02.31 | $ 2,312.92 | $ 2,547.08 | $ 2,547.08 |
| 01-28-2025 | 500 | 5.55 | $ 2,775.00 | | | | | - | 500 | 500 | $ 02.31 | $ 1,156.46 | $ 1,618.54 | $ 1,618.54 |
| 01-29-2025 | 400 | 5.02 | $ 2,008.00 | | | | | - | 400 | 400 | $ 02.31 | $ 925.17 | $ 1,082.83 | $ 1,082.83 |
| **Total:** | **12,125** | | **$77,153.00** | | **7,225** | | **$51,105.00** | | **4,900** | **4,900** | | **$11,333.29** | **$14,714.71** | **$14,634.71** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| **LIFO Loss Total** | $33,030.99 |
| **DURALIFO\* Total** | $23,498.49 |
| **Gross Shares Purchased** | 19,185 |
| **Net Shares Retained** | 4,900 |
| **Net Funds Expended** | $33,073.42 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.