Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*Deven Thakrar*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAJI NELSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARAVAI LIFESCIENCES HOLDINGS, INC., WILLIAM E. MARTIN, III, and KEVIN HEARDE,<br><br>Defendants. | No. 3:25-cv-00499-AGS-AHG<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS TO APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF COUNSEL**<br><br>DATE: June 6, 2025<br>TIME: 10:00 a.m.<br>COURTROOM: 5C<br>JUDGE: Andrew G. Schopler |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

The PSLRA creates a presumption that the "most adequate plaintiff" for the purposes of these motions is the person or group that has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(B)(iii)(I). Here, "the relief sought by the class" consists of recovery for investment losses suffered as a result of transactions in Maravai LifeSciences Holdings, Inc. securities from August 7, 2024 through February 24, 2025.

Movant Deven Thakrar ("Movant") applied for appointment as lead plaintiff on May 5, 2025, stating that he suffered losses of $27,439.89. Competing motions were filed, and based on a review of those motions, it appears that Movant does not have the largest financial interest in this litigation.

By this notice, Movant does not waive his right to participate and recover as a class member. Movant also remains ready, willing, and able to serve as lead plaintiff if the need arises.

DATED: May 23, 2025            Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

*s/ Lucas E. Gilmore*
     LUCAS E. GILMORE
Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*Deven Thakrar*

NOT. OF NON-OPP TO COMPETING MOTS. TO APPT. LEAD PL. & APPROVE SELEC. OF COUNSEL - 1
Case No. 3:25-cv-00499-AGS-AHG