UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shaji NELSON, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br>v.<br>MARAVAI LIFESCIENCES HOLDINGS, INC., et al.,<br>                                      Defendants. | Case No.: 25-cv-0499-AGS-AHG<br><br>**ORDER GRANTING ORTIZ'S UNOPPOSED MOTION TO APPOINT COUNSEL AND LEAD PLAINTIFF (ECF 14) AND DENYING COMPETING MOTIONS (ECF 13 & 15)** |

      In this Private Securities Litigation Reform Act case, several individuals have moved for appointment as lead plaintiff along with appointment of lead counsel of their choosing. (*See* ECF 13, 14, 15.) Under the statute, the lead role presumptively goes to the would-be plaintiff with "the largest financial interest in the relief sought by the class." *In re Cavanaugh*, 306 F.3d 726, 730 (9th Cir. 2002) (quoting 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)). Here, after each movant set out their financial stake, one of the would-be plaintiffs withdrew his request to be appointed and all the others acknowledge that they do not have the largest financial interest, leaving only would-be plaintiff Erwin Ortiz. (*See* ECF 19, at 2 ("Nelson does not have the largest financial interest in the relief sought by the class as required by the PSLRA. As such, Nelson hereby withdraws his Motion."); ECF 18, at 2 (Thakrar: "it appears that Movant does not have the largest financial interest in this litigation"); ECF 17, at 2 (Bouscher: "Based upon a review of the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that, while Movant is well-qualified to serve as Lead Plaintiff in the Action, he does not possess the 'largest financial interest in the relief sought by the class' as required by the PSLRA.").) Based on Ortiz's unopposed filing, he has both the largest financial stake and makes a *prima facie* showing that his claims are typical of the class and that he would be an adequate representative. As such:

1

1. Erwin Ortiz's motion to be appointed as lead plaintiff is **GRANTED**. The Clerk must update the docket to reflect Ortiz as lead plaintiff.
2. Ortiz's counsel, Jacob Allen Walker, is **APPOINTED** lead class counsel. *See* 15 U.S.C. § 78u-4(a)(3)(B)(v) ("The most adequate plaintiff shall, subject to the approval of the court, select and retain counsel to represent the class."). The Clerk must update the docket to reflect Walker's appointment, as well.
3. The June 6, 2025 hearing on this matter is **VACATED**.

Dated: May 30, 2025

_____
Hon. Andrew G. Schopler
United States District Judge