LATHAM & WATKINS LLP
Colleen C. Smith (SBN 231216)
Benjamin E. Feiner (SBN 341701)
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Email: colleen.smith@lw.com
Email: benjamin.feiner@lw.com

John J. Barber (Ill. SBN 6285692)
Nicholas J. Siciliano (Ill. SBN 6287387)
Renatta A. Gorski (Ill. SBN 6332737)
(*pro hac vice*)
300 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: jack.barber@lw.com
Email: nicholas.siciliano@lw.com
Email: renatta.gorski@lw.com

*Attorneys for Defendants Maravai
LifeSciences Holdings, Inc., William E.
Martin, III, and Kevin Herde*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAJI NELSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARAVAI LIFESCIENCES HOLDINGS, INC., WILLIAM E. MARTIN, III, and KEVIN HERDE,<br><br>Defendants. | Case No. 3:25-cv-00499-AGS-AHG<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANTS' REQUEST FOR CONSIDERATION UNDER INCORPORATION BY REFERENCE AND JUDICIAL NOTICE**<br><br>Date: Thursday, January 15, 2026<br>Time: 10:00 AM<br>Courtroom: 5C<br>Judge: The Honorable Andrew G. Schopler<br><br>Special Briefing Schedule Ordered |

On September 29, 2025, Defendants Maravai LifeSciences Holdings, Inc., William E. Martin, III, and Kevin Herde (collectively, "Defendants") filed a Request for Consideration Under Incorporation by Reference and Judicial Notice in Support of Defendants' Motion to Dismiss (the "Request for Consideration"). *See* Dkt. No. 23-10. In the Request for Consideration, Defendants requested that the Court consider seven documents in assessing Defendants' Motion to Dismiss, as the documents are incorporated by reference into the operative complaint, subject to judicial notice, or both.

Plaintiffs neither opposed the Request for Consideration nor filed a notice of non-opposition, as required by Civil Local Rule 7.1(f)(3)(a). As a result, pursuant to Civil Local Rule 7.1(f)(3)(c), and for the reasons stated in the Request for Consideration, Defendants respectfully request that the Court grant the Request for Consideration. *See* CivLR 7.1(f)(3)(c) ("If an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the Court."); *Salinas v. IA Lodging San Diego, L.L.C.*, 2021 WL 1578957, at *2 (S.D. Cal. Apr. 22, 2021) ("[C]ourts within this District have granted unopposed requests for judicial notice pursuant to Civil Local Rule 7.1(f)(3)(c)."); *Chancy v. Fossil Grp., Inc.*, 2025 WL 3251577, at *5 (S.D. Cal. Nov. 21, 2025) (granting request for incorporation by reference because it was unopposed).

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

1

CASE NO. 3:25-cv-00499-AGS-AHG
NOTICE OF NON-OPPOSITION TO
DEFS.' REQ. FOR CONSIDERATION

DATED: January 12, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

*/s/* Colleen C. Smith
Colleen C. Smith (SBN 231216)
Benjamin E. Feiner (SBN 341701)
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Email: colleen.smith@lw.com
Email: benjamin.feiner@lw.com

John J. Barber (Ill. SBN 6285692)
Nicholas J. Siciliano (Ill. SBN 6287387)
Renatta A. Gorski (Ill. SBN 6332737)
(*pro hac vice*)
300 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: jack.barber@lw.com
Email: nicholas.siciliano@lw.com
Email: renatta.gorski@lw.com

*Attorneys for Defendants Maravai
LifeSciences Holdings, Inc., William E.
Martin, III, and Kevin Herde*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

2

CASE NO. 3:25-cv-00499-AGS-AHG
NOTICE OF NON-OPPOSITION TO
DEFS.' REQ. FOR CONSIDERATION