| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Colleen C. Smith (SBN 231216)<br>Benjamin E. Feiner (SBN 341701) |
| 3 | 12670 High Bluff Drive<br>San Diego, CA 92130 |
| 4 | Telephone: (858) 523-5400<br>Email: colleen.smith@lw.com |
| 5 | Email: benjamin.feiner@lw.com |
| 6 | John J. Barber (Ill. SBN 6285692)<br>Nicholas J. Siciliano (Ill. SBN 6287387) |
| 7 | Renatta A. Gorski (Ill. SBN 6332737)<br>(*pro hac vice*) |
| 8 | 300 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611 |
| 9 | Telephone: (312) 876-7700<br>Email: jack.barber@lw.com |
| 10 | Email: nicholas.siciliano@lw.com<br>Email: renatta.gorski@lw.com |
| 11 | *Attorneys for Defendants Maravai* |
| 12 | *LifeSciences Holdings, Inc., William E.*<br>*Martin, III, and Kevin Herde* |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAJI NELSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARAVAI LIFESCIENCES HOLDINGS, INC., WILLIAM E. MARTIN, III, and KEVIN HERDE,<br><br>Defendants. | Case No. 3:25-cv-00499-AGS-AHG<br><br>**JOINT MOTION FOR ENTRY OF JUDGMENT** |

1    Lead Plaintiff Erwin Ortiz ("Lead Plaintiff"), and Defendants Maravai
2 LifeSciences Holdings, Inc., William E. Martin, III, and Kevin Herde
3 ("Defendants") (collectively, the "Parties"), hereby jointly stipulate and agree as
4 follows:

5    WHEREAS, this Court appointed Lead Plaintiff on May 30, 2025. Dkt. 21.
6 Lead Plaintiff filed the Amended Class Action Complaint on July 29, 2025. Dkt.
7 22.

8    WHEREAS, on January 15, 2026, this Court granted Defendant's Motion to
9 Dismiss Lead Plaintiff's Amended Class Action Complaint (the "Order") with leave
10 to amend. Dkt. 41. In the Order, the Court stated that Lead Plaintiff must file any
11 further amended complaint by February 2, 2026. *Id.*

12    WHEREAS, Lead Plaintiff determined not to file a further amended
13 complaint or appeal the Order.

14    NOW THEREFORE, the Parties jointly request that the Court enter an order
15 that:

16    1. Judgment shall be entered in favor of Defendants, and the above action
17 shall be dismissed with prejudice;

18    2. Lead Plaintiff will not appeal the Order, and no party will appeal this
19 Court's final order entering judgment in favor of the Defendants and dismissing the
20 above action with prejudice; and

21    3. Each Party shall bear its own costs.

22

23  DATED: February 17, 2026          Respectfully submitted,

24  **LATHAM & WATKINS LLP**          **BLOCK & LEVITON LLP**
25
26  *By: /s/* Colleen C. Smith         *By: /s/* Jacob A. Walker
    Colleen C. Smith (SBN 231216)      Jacob A. Walker (SBN 271217)
27  Benjamin E. Feiner (SBN 341701)    400 Concar Drive
    12670 High Bluff Drive             San Mateo, CA 94402
28  San Diego, CA 92130                Telephone: (650) 781-0025
    Telephone: (858) 523-5400          Email: jake@blockleviton.com

| | | |
|---|---|---|
| 1 | Email: colleen.smith@lw.com | |
| 2 | Email: benjamin.feiner@lw.com | Jeffrey C. Block |
| | | Mark Byrne |
| 3 | John J. Barber (Ill. SBN 6285692) | Michael D. Gaines |
| | Nicholas J. Siciliano (Ill. SBN 6287387) | Zoe van Vlaanderen |
| 4 | Renatta A. Gorski (Ill. SBN 6332737) | (*pro hac vice*) |
| | (*pro hac vice*) | 260 Franklin Street, Suite 1860 |
| 5 | 300 North Wabash Avenue, Suite 2800 | Boston, MA 02110 |
| | Chicago, IL 60611 | Telephone: (617) 398-5600 |
| 6 | Telephone: (312) 876-7700 | Email: jeff@blockleviton.com |
| | Email: jack.barber@lw.com | Email: mark@blockleviton.com |
| 7 | Email: nicholas.siciliano@lw.com | Email: michael@blockleviton.com |
| | Email: renatta.gorski@lw.com | Email: zoe@blockleviton.com |
| 8 | | |
| | *Attorneys for Defendants Maravai* | *Attorneys for Lead Plaintiff and Lead Counsel* |
| 9 | *LifeSciences Holdings, Inc., William E.* | |
| | *Martin, III, and Kevin Herde* | |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Plaintiff and counsel for Defendants, and that I have obtained their authorizations to affix their electronic signatures to this document.

DATED: February 17, 2026

Respectfully submitted,

By: /s/ Colleen C. Smith
Colleen C. Smith (SBN 231216)