

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shaji Nelson, Individually and on Behalf of All Others Similarly Situated; Erwin Ortiz, Lead Plaintif **Plaintiff,** | **Civil Action No.** 25-cv-00499-AGS-AHG |
| **V.** | |
| See Attachment **Defendant.** | **JUDGMENT IN A CIVIL CASE** |
| Deven Thakrar; Robert F. Bouscher **Movant,** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The parties' joint stipulation (ECF 43 ) is adopted and incorporated into this order. The Court's dismissal of the complaint (see ECF 41) is converted to a dismissal of the case with prejudice. All pending motions are denied as moot, and all deadlines are vacated. The case is hereby closed.

Date: _____2/25/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita _____

M. Fujita, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 25-cv-00499-AGS-AHG

Defendants:

Maravai Lifesciences Holdings, Inc.; William E. Martin III; Kevin Herde